USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ORLANDO GUERRERO PITIO,

    Petitioner,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security, *et al.*,

    Respondents.

No. 22 Civ. 1177 (MKV)

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1. The Respondents shall file a response to Petitioner's petition for a writ of habeas corpus by March 9, 2022; and

2. The Petitioner shall file a reply, if any, by March 18, 2022.

SO ORDERED.

Dated:   February 24, 2022
         New York, New York

*/s/ Mary Kay Vyskocil*
HON. MARY KAY VYSKOCIL
United States District Judge